918

No. 256, Misc. HAMPTON v. MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 257, Misc. ROSS v. DELMORE, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 258, Misc. McCOY v. SKEEN, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 259, Misc. ANDERSON v. CALIFORNIA. District Court of Appeal of California, Second Appellate District. Certiorari denied.

No. 261, Misc. WORLEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se.* Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, A. F. Prescott and James Q. Riordan for the United States.

No. 262, Misc. HOOPER v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 263, Misc. BIFIELD ET AL. v. CALIFORNIA. District Court of Appeal of California, Fourth Appellate District. Certiorari denied.

No. 265, Misc. ADAMS v. BERGAN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 266, Misc. NICKOLS v. RANDOLPH, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 268, Misc. DEMARIOS v. RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.